UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Michele Ann Sarkisian-Haines<br><br><br>Debtor | Chapter 13<br>Bankruptcy No.23-12383-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 9th day of November, 2023, by first class mail upon those listed below:

Michele Ann Sarkisian-Haines
316 Newport Road
Bristol, PA  19007

**Electronically via CM/ECF System Only:**

JEFFERY A FOURNIER ESQ
2480-B DURHAM ROAD
BRISTOL, PA  19007

                                                                 */s/ Kristen Gliem*
                                                                 Kristen Gliem
                                                                 for
                                                                 Scott F. Waterman, Esquire
                                                                 Standing Chapter 13 Trustee