**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: KARON SIMMONS,<br><br>　　　　　Debtor(s). | Case No. 23-11011-mdc<br><br>Chapter 13 |

**AMENDED CERTIFICATE OF SERVICE**

I, MICHAEL A. CIBIK, hereby certify that a true and correct copy of the Application for Compensation together with the proposed order and all exhibits were served upon the following parties by electronic means or first-class mail on the date set forth below.

Kenneth E. West (CM/ECF)

U.S. Trustee (CM/ECF)

Karon A. Simmons
5920 Webster Street
Philadelphia, PA 19143

Dated: 01/17/2024　　　　　　　　　　　　By: /s/ Michael A. Cibik, Esq.
　　　　　　　　　　　　　　　　　　　　　Michael A. Cibik, Esq.
　　　　　　　　　　　　　　　　　　　　　Bar ID 23110
　　　　　　　　　　　　　　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　　　　　　Counsel for Debtor(s)
　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　(215) 735-1060
　　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com